# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MERVIN SIPP,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**BNSF RAILWAY COMPANY** )<br>**(Individually and as Successor-in-** )<br>**Interest to the Burlington Northern** )<br>**Inc., Chicago Burlington & Quincy** )<br>**Railroad Company, Burlington** )<br>**Northern, Inc., and Burlington** )<br>**Northern Railroad Company),** )<br>)<br>**Defendant.** ) | **8:06CV639**<br><br>**ORDER** |

    This action is part of a group of cases that are involved in multi-district litigation now pending in the U.S. District Court for the Western District of Missouri, i.e., IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), MDL No. 875. Accordingly,

    **IT IS ORDERED** that the parties' JOINT MOTION TO STAY FURTHER PROCEEDINGS [12] is granted.

    **DATED December 4, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**